IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEITH THOMAS,

    Plaintiff,

vs.

COUNSELOR VELLA, et al,

    Defendants.

No. C 06-2803 TEH (PR)

ORDER OF TRANSFER

    Plaintiff, a prisoner at the California State Prison, Corcoran, has filed a pro se civil rights complaint under 42 U.S.C. § 1983. A substantial part of the events or omissions giving rise to the claims occurred, and the Defendants named reside, in the County of Kings, which lies within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District. See id. § 1391(b).

    Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California.

    The clerk shall transfer this matter and terminate all pending motions as moot.

SO ORDERED.

DATED: 5/2/06

THELTON E. HENDERSON
United States District Judge